ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6878
    FAX: (415) 436-6570
    michael.keough@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE JEONJU DISTRICT COURT IN JEONJU, REPUBLIC OF KOREA IN THE MATTER OF *PARK SANGWOOK v. YUN DONGSU* | MISC. NO. 24-80027<br><br>**DECLARATION OF MICHAEL A. KEOUGH IN SUPPORT OF EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782** |

I, Michael A. Keough, declare as follows:

1.     I am an Assistant United States Attorney and represent the United States of America in the above-captioned matter. I am a member in good standing of the State Bar of New York and the Bar of this Court. I make this declaration upon information and belief based upon the attached exhibits and communications with personnel in the United States Department of Justice, to which a Letter of Request has been transmitted for execution. I make this declaration in support of the Government's request, pursuant to 28 U.S.C. § 1782(a), for an Order appointing me Commissioner for the purpose of obtaining information from Google LLC. The matters stated in this declaration are true of my own knowledge. If necessary, I could, and would, competently testify to them.

2.     In connection with a judicial proceeding in the Jeonju District Court in Jeonju, Republic of Korea ("Korean Court"), captioned: *Park Sangwook v. Yun Dongsu*, Foreign Reference Number 2023-F-2440, the Korean Court issued a Letter of Request seeking information from Google. A true and

correct copy of the Letter of Request is attached as Exhibit 1.

3. On or about November 28, 2023, the U.S. Attorney's Office first wrote to Google about the Korean Court's request for international judicial assistance. Google indicated that it had performed a preliminary search for responsive records and was in possession of responsive data. Google indicated that it would provide responsive data in response to a subpoena issued under 28 U.S.C. § 1782.

4. A true and correct copy of the proposed subpoena Attachment A (to accompany the Form AO 88B "Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action") that I will serve on Google if the Court grants the Application is attached as Exhibit 2.

5. On December 28, 2023, I provided Google with the proposed order and proposed subpoena Attachment A by email.

6. By e-mail dated January 3, 2024, Google indicated that it does not object to the proposed order or proposed subpoena Attachment A.

7. Google has agreed in writing to accept service of a subpoena in this matter and that such service can be effected by e-mail.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed this 9th day of February 2024, in Oakland, California.

/s/ Michael A. Keough
MICHAEL A. KEOUGH
Assistant United States Attorney

DECLARATION OF MICHAEL A. KEOUGH IN SUPPORT OF EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782