# EXHIBIT 2

## Attachment A

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material set forth below and pursuant to the terms and provisions set forth below and as further set forth in the Order Granting the United States of America's Ex Parte Application Pursuant to 28 U.S.C. § 1782 for case number, _____, ECF No. __, issued on _____ in the United States District Court for the Northern District of California:

1. Upon receipt of the subpoena, Google LLC shall promptly make a diligent search for the information contained in the Request Letter pertaining to "hongkong0874@gmail.com," an alleged Gmail user, including, but not limited to, the following necessary information: All personal information provided by the subscriber at the time the above email account was created; date and time the above email account was created by the subscriber; login date & time of the email account by the subscriber after creating the above account; deleted date & time, in case the above email has been deleted.

2. Within 30 calendar days from receipt of the subpoena, Google shall produce the information described in paragraph 1 above, to the extent it is available, along with a notarized verification signed under penalty of perjury to the Court-Appointed Commissioner, Molly A. Friend, Assistant United States Attorney, notwithstanding any other paragraph or provision in this subpoena.

3. Absent an objection or motion for protective order filed prior to the expiration of Google's 30-day notice period regarding the Application or subpoena served on Google, in response to the subpoena, Google shall produce the information described in paragraph 1 above, to the extent it is available, notwithstanding any other provision or paragraph in this subpoena.

4. Google will not disclose any information that would be inconsistent with its obligations under the federal law including, but not limited to, the Stored Communications Act.