ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6878
    Fax: (415) 436-7234
    michael.keough@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE JEONJU DISTRICT COURT IN JEONJU, REPUBLIC OF KOREA IN THE MATTER OF *PARK SANGWOOK v. YUN DONGSU* | MISC. NO. 24-80027<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782** |

Pending before the Court is an application submitted by the United States Attorney for an order pursuant to 28 U.S.C. § 1782. The United States Attorney requests that the Court appoint Michael A. Keough, Assistant United States Attorney, as Commissioner and authorize AUSA Keough to issue subpoenas and obtain documents and other information from an entity located within the jurisdiction of this Court, namely Google LLC ("Google"), in conformity with the Letter of Request issued by the Jeonju District Court in Jeonju, Republic of Korea ("Korean Court") in connection with a civil judicial proceeding captioned: *Park Sangwook v. Yun Dongsu*, Foreign Reference Number 2023-F-2440.

The Court has reviewed the documents supporting this request for international judicial assistance as attached to the Declaration of AUSA Keough, and the Application of the United States, and is informed of the grounds upon which the Request Letter and Application are based.

Pursuant to the power conferred on it under 28 U.S.C. § 1782, and its inherent authority, the Court hereby ORDERS that AUSA Keough is appointed as Commissioner, and is authorized to serve Google LLC ("Google") with a subpoena in accordance with the following terms and conditions:

1.     Upon receipt of the subpoena, Google LLC shall promptly make a diligent search for the information contained in the Request Letter pertaining to "hongkong0874@gmail.com," an alleged Gmail user, including, but not limited to, the following necessary information: All personal information provided by the subscriber at the time the above email account was created; date and time the above email account was created by the subscriber; login date & time of the email account by the subscriber after creating the above account; deleted date & time, in case the above email has been deleted.

2.     Absent an objection or motion for protective order filed prior to the expiration of Google's 21-day notice period regarding the Application or subpoena served on Google, in response to the subpoena, Google shall produce the information described in paragraph 1 above, to the extent it is available.

3.     This Order does not require Google to disclose any information that would be inconsistent with its obligations under the federal law including, but not limited to, the Stored Communications Act.

4.     Within 30 calendar days from receipt of the subpoena by email, Google shall produce the information described in paragraph 1 above, to the extent it is available, along with a notarized verification signed under penalty of perjury to AUSA Keough, notwithstanding any other paragraph in this Order.

5.     This Order does not preclude the United States from filing an amended petition for a further order authorizing an amended subpoena requesting additional information from Google in the event the Korean Court requests additional information from Google after reviewing Google's response to the subpoena authorized by this Order.

IT IS SO ORDERED.

DATED: _____, 2024                    _____

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782

2