ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
MICHAEL A. KEOUGH (NYRN 5199666)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6878
    FAX: (415) 436-6570
    michael.keough@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE JEONJU DISTRICT COURT IN JEONJU, REPUBLIC OF KOREA IN THE MATTER OF *PARK SANGWOOK v. YUN DONGSU* | MISC. NO. 3:24-mc-80027-JD<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to this Court's order dated April 16, 2024, Dkt. No. 7 ("Order"), Assistant United States Attorney Michael A. Keough issued a subpoena to Google LLC ("Google") to obtain information requested by a Court in the Republic of Korea. Google responded to the subpoena and has complied with the Court's Order, and this matter can now be closed. This dismissal is without prejudice in the event the South Korean Court requests additional information from Google.

DATED: July 3, 2024                                                 Respectfully submitted,

                                                                                            ISMAIL J. RAMSEY
                                                                                            United States Attorney

                                                                                            */s/ Michael A. Keough*
                                                                                            MICHAEL A. KEOUGH
                                                                                            Assistant United States Attorney